**No. 46574.**—Protest 66330–K of S. Lisk & Bro. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the jump sticks or trick paddles in question are in chief value of wood and similar to those the subject of Abstract 44028 the claim at 33⅓ percent under paragraph 412 was sustained.

**No. 46575.**—Protests 2–K, etc., of Pfaltz & Bauer, Inc., et al. (New York, etc.).

Opinion by OLIVER, P. J. An examination of the record disclosed nothing to warrant disturbing the action of the collector, which was presumptively correct. The protests were therefore overruled.

BEFORE THE SECOND DIVISION, NOVEMBER 7, 1941.

**No. 46576.**—Protest 957273–G of S. Schapiro & Sons, Inc. (Baltimore).

Opinion by KINCHELOE, J. This case was submitted on the stipulation of counsel that the cotton rags in question are the same as those the subject of *United States* v. *Schapiro* (24 C. C. P. A. 343, T. D. 48771). The claim for free entry under paragraph 1750 was therefore sustained.

**No. 46577.**—Protest 998785–G of Strauss-Eckardt Co. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel that the manger sets in question are similar to those the subject of Abstract 45502 they were held to be entireties dutiable at 25 percent ad valorem under paragraph 403, as in chief value of papier-mâché.

**No. 46578.**—Protests 807773–G, etc., of Schall & Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, NOVEMBER 10, 1941

**No. 46579.**—Petitions 5905–R, etc., of House of Comoy, Inc. (New York).

Opinion by TILSON, J. The petitions were dismissed.